UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERCONTINENTAL HOTELS GROUP RESOURCES, INC., ET AL.,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**ZURICH AMERICAN INSURANCE COMPANY, ET AL.,**<br><br>    Defendants. | Case No.  14-cv-04779-YGR<br><br>**NOTICE RE: CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Third Stipulation Regarding Deadlines (Dkt. No. 31). The parties are advised that, in light of the Court's trial schedule, their trial date cannot be changed. The parties should prepare accordingly. Alternatively, they may file a joint request for reassignment to a magistrate judge of their choice. The parties shall address this issue as part of their next case management conference joint statement.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**